OLDHAM

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CR. No.:** 25-cr-20295 SHL |
| | ) | |
| **v.** | ) | |
| | ) | **18 U.S.C. § 922(g)(1)** |
| **MICHAEL CARR** | ) | |
| | ) | |
| **Defendant.** | ) | |

**I N D I C T M E N T**

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about March 04, 2025, in the Western District of Tennessee, the defendant,

**MICHAEL CARR**

knowing he had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, knowingly possessed a firearm, that is, a Smith & Wesson 9mm

pistol, and the firearm was in and affecting interstate commerce, in violation of Title 18,

United States Code, Section 922(g)(1).

**A TRUE BILL:**

_____
**F O R E P E R S O N**

**DATED: October 14, 2025**

_____
**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**